NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM C. ROUTENBERG,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D17-3907
    )
STATE OF FLORIDA,    )
    )
    Appellee.    )
_____)

Opinion filed February 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Joseph Bulone,
Judge.

PER CURIAM.

    Affirmed.  See Fla. R. Crim. P. 3.801(b); Stovall v. Cooper, 860 So. 2d 5
(Fla. 2d DCA 2003) (en banc); Stokes v. State, 851 So. 2d 788 (Fla. 2d DCA 2003);
Brown v. State, 793 So. 2d 27 (Fla. 2d DCA 2001); Brito v. State, 194 So. 3d 522 (Fla.
3d DCA 2016).

KHOUZAM, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.